767 A.2d 961

IN THE MATTER OF RUSSELL E. PAUL,
AN ATTORNEY AT LAW

March 9, 2001.

## ORDER

The Disciplinary Review Board having filed with the Court its decision concluding that **RUSSELL E. PAUL** of **WOODBURY**, who was admitted to the bar of this State in 1966, should be suspended from the practice of law for a period of three months for violating *RPC* 3.3 (candor toward tribunal), *RPC* 8.4(c) (misrepresentation) and *RPC* 8.4(d) (conduct prejudicial to the administration of justice); and good cause appearing;

It is ORDERED that **RUSSELL E. PAUL** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective April 9, 2001 and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.